# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA A. BRANDON PEREZ,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | Case No. 19-cv-02926-JD<br><br>**ORDER RE IFP APPLICATION, COMPLAINT AND INJUNCTION REQUEST**<br><br>Re: Dkt. Nos. 2, 7 |

Pro se plaintiff Siliva Brandon Perez filed a first amended complaint alleging federal and state law claims for government corruption, racism, hate crimes, incitement to violence, and emotional distress. Dkt. No. 4. The claims are brought against an array of California state and Alameda County entities, and several neighbors. Perez submitted an application to proceed in forma pauperis ("IFP") in conjunction with her lawsuit. Dkt. No. 2. She also recently filed an ex parte "emergency injunction" that largely repeats, in summary form, the allegations in the amended complaint. Dkt. No. 7.

The IFP application is denied and the complaint is dismissed with leave to amend. In determining whether IFP status should be granted, the Court may dismiss a complaint that fails to state a claim on which relief may be granted, among other grounds. 28 U.S.C. § 1915(e)(2)(B). The standard is the same as under Federal Rule of Civil Procedure 12(b)(6). *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012). While the Court liberally construes pro se lawsuits such as this one, a pro se plaintiff must still state facts sufficient to allege a plausible claim. *Nguyen Gardner v. Chevron Capital Corp.*, No. 15-CV-01514-JD, 2015 WL 12976114, at *1 (N.D. Cal. Aug. 27, 2015).

Even if given every benefit of the doubt, the amended complaint does not allege facts that plausibly state a federal claim. The complaint is a rambling narrative that never coalesces into

specific factual allegations tied to a cause of action. Perez says that she is "an ordained female priest according to the rites of the Catholic Church," and has experienced harassment, discrimination and other conduct based on her gender, age, race, and religion. Dkt. No. 4 ¶¶ 13, 29, 37. But these allegations are entirely conclusory, and the complaint does not allege any facts in support of them. The most the Court can determine is that Perez has had building code and permitting disputes with various government entities related to a residential property in Alameda County. There also appear to be tensions between Perez and the neighbors about the use of the property. While the amended complaint describes a number of interactions that Perez found uncivil and upsetting, it never states facts plausibly alleging that any defendant violated a federal civil rights, discrimination or other law vis-a-vis Perez.

Consequently, IFP status is not warranted and the federal claims are dismissed with leave to amend. Because the federal claims were the ostensible basis of the Court's jurisdiction, it declines to exercise supplemental jurisdiction over the state law claims. 28 U.S.C. § 1367(c)(3).

The request for an injunction is denied for the same reasons. In the absence of a plausible claim, Perez cannot show a likelihood of success on the merits, or that she has raised a serious question, that would warrant the extraordinary relief of an injunction. *Airbnb, Inc., v. City and County of San Francisco*, 217 F. Supp. 3d 1066, 1071-72 (N.D. Cal. 2016). The injunction request also does not identify a plausible and likely threat of irreparable harm. *Id.* at 1072.

If Perez would like to file a second amended complaint that responds to the concerns stated in this order, she must file a revised complaint by November 18, 2019. Failure to meet that deadline will result in dismissal with prejudice under Rule 41(b). Perez may not file any other injunction requests or motions pending further order of the Court.

**IT IS SO ORDERED.**

Dated: October 30, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA A BRANDON PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02926-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Silvia A Brandon Perez
2997 Hardeman Street
Hayward, CA 94541


Dated: October 30, 2019

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO

3