UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA A BRANDON PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02926-JD<br><br>**ORDER RE EXTENSION TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 10 |

Pro se plaintiff Perez's request for a 45-day extension to file an amended complaint, Dkt. No. 10, is granted. The amended complaint is due by January 2, 2020. Failure to meet that deadline will result in dismissal with prejudice under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: November 25, 2019

　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA A BRANDON PEREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>   Defendants. | Case No. 19-cv-02926-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 25, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Silvia A Brandon Perez
2997 Hardeman Street
Hayward, CA 94541

Dated: November 25, 2019

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                        By: *Lisa R. Clark*
                                        LISA R. CLARK, Deputy Clerk to the
                                        Honorable JAMES DONATO